UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jackie F. Yates

v. Case No. 26-cv-746-LM-TSM

St. Mary's Bank

ORDER

After due consideration of the objections filed, I herewith approve both the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated September 17, 2026, and the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated September 21, 2026. To the extent Yates' renewed motions for a TRO (docs. no. 10 and 11) raise new grounds for injunctive relief under RESPA, those arguments are unpersuasive. See Fraser v. Select Portfolio Services Inc., 826 F. Supp. 3d 266, 285-86 (D.N.H. 2026) (equitable relief not available under RESPA).

Plaintiff's RESPA and TILA claims are dismissed for failure to state a claim. The court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims. The plaintiff's motions for injunctive relief (docs. no. 4, 10, and 11) are denied.

The clerk shall enter judgment and close the case.

SO ORDERED.

Landya B. McCafferty
United States District Judge

Date: October 22, 2026
cc: Jackie F. Yates, pro se